314 P.2d 1020]

[Crim. No. 3314. First Dist., Div. Two. Sept. 6, 1957.]

THE PEOPLE, Respondent, v. JAMES J. BRUMBACK, Appellant.

Leo R. Friedman for Appellant.

Edmund G. Brown, Attorney General, Clarence A. Linn, Assistant Attorney General, and Raymond M. Momboisse, Deputy Attorney General, for Respondent.

DRAPER, J.—For the reasons stated in *People* v. *Brumback*, 152 Cal.App.2d 386 [314 P.2d 98], the order denying appellant's motion for new trial herein is affirmed.

Kaufman, P. J., and Dooling, J., concurred.